**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**MICHAEL CLEVELAND,**

      **Plaintiff,**

**v.**                                    **Case No.  5:24-cv-91-MCR-MJF**

**HERMAN SAPP,**

      **Defendant.**

_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation on December 19, 2025, ECF No. 37. Plaintiff was furnished a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.      The Magistrate Judge's Report and Recommendation, ECF No. 37, is adopted and incorporated by reference into this Order.

2.     Plaintiff's claim against Defendant Herman Sapp is **DISMISSED** without prejudice based on Plaintiff's failure to prosecute and failure to comply with court orders.

3.     The Clerk is directed to enter judgment accordingly and close this case file.

**DONE and ORDERED** this 24th day of March 2026.

*M. Casey Rodgers*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 5:24cv91-MCR-MJF